UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:00CR130-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **(1) JOSE MATUSALEM CORONA** | ) | |
| **(11) ELISEO ENRIQUEZ** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to (1) JOSE MATUSALEM CORONA and (11) ELISEO ENRIQUEZ only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 27th day of September, 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE